```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34581
   WILLIE DUKE SKILLOM SR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-4393


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/30/05 and confirmed on 10/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   15660.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
BECKET & LEE LLP           UNSECURED           907.90          .00         796.21
DISCOVER BANK              UNSECURED          5512.02          .00        4833.94
RESURGENT CAPITAL SERVIC   UNSECURED          2072.63          .00        1817.66
NATIONAL CITY BANK         UNSECURED          2548.84          .00        2235.29
SOCIAL SECURITY ADMIN      UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          4129.37          .00        3621.38
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00      15170.76          .00      15170.76
PRINCIPAL PAID          .00           .00      13304.48          .00      13304.48
INTEREST PAID           .00           .00           .00          .00           .00
TOTAL PAID              .00           .00      13304.48          .00      13304.48
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    1000.00  direct and $    1700.00  through the plan.

The Trustee received $      655.52 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/09/08                     /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 34581 WILLIE DUKE SKILLOM SR
```